Case 4:17-cv-01607   Document 26   Filed on 06/29/18 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
June 29, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JESSE ANDERSON, Individually and On Behalf of All Others Similarly Situated, | § § § | |
| *Plaintiff*, | § § | No. 4:17-cv-01607 |
| v. | § § | |
| POWER DESIGN, INC.; SEL ELECTRIC INC. and MARLON RAMIRES, | § § § | Jury Trial Demadned |
| *Defendants*. | § § | |

## FINAL DEFAULT JUDGMENT

The Court, having considered Plaintiff Jesse Anderson's Motion for Default Judgment, the applicable law, the evidence, and the arguments of counsel, if any,

**FINDS** that Defendants SEL Electric Inc. and Marlon Ramires were duly served with process on August 16, 2017, that they failed to appear, and that they wholly made default. The Court also

**FINDS** that the citation with the officer's return has been on file for more than ten (10) days exclusive of this date and the day of service. Accordingly, it is

**ORDERED** that Plaintiff Jesse Anderson's Motion for Default Judgment is hereby **GRANTED**. It is further

**ORDERED** that Plaintiff Jesse Anderson recover from Defendants SEL Electric Inc. and Marlon Ramires, jointly and severally, the amount of Thirty-Seven Thousand Two Hundred Seventy-Five & No/Hundredths Dollars ($37,275.00), which includes, in equal parts, unpaid overtime wages and liquidated damages in accordance with 29 U.S.C. § 216(b). It is further

- 2 -

**ORDERED** that Plaintiff Hans Hernandez recover from Defendants SEL Electric Inc. and Marlon Ramires, jointly and severally, the amount of Thirty-Nine Thousand Three Hundred Thirty-Three & No/Hundredths Dollars ($39,333.00), which includes, in equal parts, unpaid overtime wages and liquidated damages in accordance with 29 U.S.C. § 216(b).  It is further

**ORDERED** that Plaintiff Jesse Anderson and Plaintiff Hans Hernandez shall recover from Defendants SEL Electric Inc. and Marlon Ramires, jointly and severally, attorney's fees and costs in the amount of Eight Thousand & No/Hundredths Dollars ($8,000.00).  It is further

**ORDERED** that this judgment shall bear interest at the rate of 2.34% per annum until paid. It is further

**ORDERED** that all relief not expressly granted in this **DENIED**.

This is a **FINAL JUDGMENT**.

By order of the Court

June 29, 2018
Date

Vanessa Gilmore
United States District Judge