SEP-18-2018 14:17 From:PEARSON 7137398341 To:7132226739 P.2/9

Case 4:17-cv-01607 Document 39 Filed on 09/19/18 in TXSD Page 1 of 8

United States District Court
Southern District of Texas

**ENTERED**
September 19, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JESSE ANDERSON, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED "Plaintiff" & "Garnishor" | § § § § § | |
| VS. | § § | CIVIL ACTION NO. 4:17-CV-01607 |
| WELLS FARGO BANK N.A. "Garnishee Bank" | § § § | |
| VS. | § § | |
| POWER DESIGN, INC., SEL ELECTRIC INC. AND MARLON RAMIRES "Defendant(s)". | § § § | GARNISHMENT ACTION |

## AGREED FINAL JUDGMENT

ON THE DATE SET FORTH BELOW, came on for consideration the action referred to above, being a post-judgment Application for Writ of Garnishment filed by **JESSE ANDERSON, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED** hereinafter referred to as "Plaintiff(s)" or "Garnishor(s)" as against **POWER DESIGN, INC., SEL ELECTRIC INC. AND MARLON RAMIRES**, hereinafter referred to as "Defendant", and the Court being apprised of the pleadings of the parties and the Sworn Answer filed by, **WELLS FARGO BANK N.A.**, a National Association with offices in Texas, hereinafter sometimes referred to as the "Garnishee Bank," finds as follows:

1. At the time the instant Writ of Garnishment was served upon Garnishee Bank, and at the time of filing its

Answer, Garnishee Bank had the following deposit(s) at Garnishee Bank for the account of Defendant(s):

| ACCOUNT NAME(S) | AMOUNT(S) |
|---|---|
| A. MARLON H RAMIRES | $ 500.03 |
| B. SEL ELECTRIC INC | $ 151.63 |
| C. MARLON H RAMRIES | $ 847.79 |
| D. VERONICA RAMIRES MARLON H RAMIRES | $ 547.16 |
| E. SEL ELECTRIC INC. | $ 180.67 |

(hereinafter referred to as the "Garnished Accounts"). These are the only amounts for which Garnishee Bank may have been indebted to POWER DESIGN, INC., SEL ELECTRIC INC. AND MARLON RAMIRES at the time the Writ was served.

2. At the time the instant Writ of Garnishment was served upon Garnishee Bank, and at the time of filing its Answer, Garnishee Bank did not and does not have in its possession any effects belonging to POWER DESIGN, INC., SEL ELECTRIC INC. AND MARLON RAMIRES, and Garnishee Bank had no knowledge of any other person, firm or corporation who has in its possession any effects belonging to POWER DESIGN, INC., SEL ELECTRIC INC. AND MARLON RAMIRES, other than the amounts shown

in Finding of Fact No. 1 above, and had no knowledge of any other person, firm or corporation who was or is indebted to POWER DESIGN, INC., SEL ELECTRIC INC. AND MARLON RAMIRES, other than the amounts set out in Finding of Fact No. 1 above.

3. **Plaintiff** represents and agrees under Fed. R. Civ. P. either (1) by signing below, or (2) by accepting and cashing checks given in payment of this Judgment,

A. <u>to the Court</u>, and based upon that representation the Court finds, that the Plaintiff has given all of the notice(s) required by the statutes and rules of the State of Texas and this Court prior to the entry of this Judgment; that service upon the Bank is proper and valid; and, that the amount(s) awarded to the Plaintiff in Par. B of the "Ordered, Adjudged and Decreed" section of this Judgment (2 pages below) are due and owing to the Plaintiff and do not exceed the amounts due under the Judgment upon which this proceeding is based.

B. <u>to the Garnishee Bank</u>, (1) all of the representations in par. A immediately above; and, (2) that, if for any reason this Judgment is appealed, attacked, modified, or vacated the Plaintiff shall pay over and return the funds now being paid by the Garnishee Bank under this Judgment either, (1) to the IOLTA trust

account for the Attorney representing the Garnishee Bank, or (2) into the registry of this Court, at the election of the Garnishee Bank, within thirty (30) days from receiving notice of such appeal, attack, modification, or vacation, pending further Order of this Court regarding the same. Without this agreement Garnishee Bank would not pay these funds until all appeal periods had run.

4.   **Garnishee Bank** represents and agrees under Fed. R. Civ. P. by signing below,

A.   to the Court, and based upon that representation the Court finds that the Garnishee Bank has been required to employ the law firm of Pearson & Pearson, L.L.P. to represent it in this garnishment proceeding and to file an Answer on behalf of Garnishee Bank; and, no complaints about the method of service upon the Bank have been received by the Bank from the Judgment Debtor as of the time of signing this Judgment.

B.   to the Plaintiff, that unless the amounts awarded below are promptly paid after the date of this Judgment, Garnishee Bank will agree to a Motion for New Trial filed by the Plaintiff (but no other party or intervenor), in order that the Plaintiff may find out why such funds have not been paid.

5. Garnishee Bank is entitled to recover all reasonable attorneys' fees incurred by Garnishee Bank in the preparation, presentation and defense of this action. The Parties agree that a reasonable attorneys fee for such service is $ 500.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that:**

A. WELLS FARGO BANK N.A. have and recover a judgment in garnishment against POWER DESIGN, INC., SEL ELECTRIC INC. AND MARLON RAMIRES in the amount of $ 500 to be paid from the Garnished Accounts.

B. JESSE ANDERSON, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED have and recover a judgment in garnishment against WELLS FARGO BANK N.A. in the following amounts on account for POWER DESIGN, INC., SEL ELECTRIC INC. AND MARLON RAMIRES at WELLS FARGO BANK N.A.: $ 1,727.28. That such amounts are Ordered to be paid by the Garnishee Bank from the Garnished Accounts.

C. The amounts awarded in paragraph B (immediately above), shall be credited as follows: (i) garnishment filing fees; (ii) costs of service; and (iii) the balance to the Judgment in favor of JESSE ANDERSON, ON BEHALF OF HIMSELF AND

ALL OTHERS SIMILARLY SITUATED and against POWER DESIGN, INC., SEL ELECTRIC INC. AND MARLON RAMIRES, upon which this action is based.

D. WELLS FARGO BANK N.A. is discharged from any liability to JESSE ANDERSON, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED or POWER DESIGN, INC., SEL ELECTRIC INC. AND MARLON RAMIRES as a result of this action by virtue of this Judgment and the payment of these funds to JESSE ANDERSON, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED and their attorneys from the Garnished Accounts under this Order.

E. Such sums having been paid by WELLS FARGO BANK N.A., unless the funds are returned to the Garnishee Bank pursuant to paragraph 3(B), let **no abstract, execution, or other process ever issue** as a result of this Order.

F. All filing fees and other costs of court incurred by JESSE ANDERSON, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED in this garnishment matter are awarded in favor of JESSE ANDERSON, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED and against POWER DESIGN, INC., SEL ELECTRIC INC. AND MARLON RAMIRES.

G. All relief not expressly granted herein and all outstanding Motions are denied. This is a Final Order.

Signed this 19th day of September, 2018.

*[signature]*
Presiding Judge

AGREED TO AND APPROVED:

**PEARSON & PEARSON,**
A Limited Liability Partnership

By: _____
JAMES H. PEARSON
State Bar No. 15691200
2900 Weslayan St., Ste. 580
HOUSTON DIVISION, Texas 77027-5132
(713) 739-8600 TELE
(713) 739-8341 FAX

ATTORNEYS FOR
WELLS FARGO BANK N.A.


**MOORE & ASSOCIATES**

By: _____
MELISSA MOORE
State Bar No. 24013189
440 Louisiana Street, Suite 675
Houston, Texas 77002
(713) 222-6775 TELE
(713) 222-6739 FAX

ATTORNEYS FOR
JESSE ANDERSON, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED


O:\WFD\937000\025\COR\FIN.JUD
September 18, 2018
JESSE ANDERSON, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED
v.
POWER DESIGN, INC., SEL ELECTRIC INC. AND MARLON RAMIRES